# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### COURTROOM MINUTE SHEET

Date **10-21-9** Judge **Autrey** Case No. **09cr467**

**USA** vs. **Catherine Connor**

Court Reporter **A.D.** Deputy Clerk **Cabios**

Attorney(s) for Plaintiff(s) **D. McMurtry**

Attorney(s) for Defendant(s) **H. Diekemper**

Parties present for **Sentencing; obj. to PSR heard; testimony heard; obj. overruled; sentence imposed; see jgm. Deft. to voluntary surrender.**

Pltf. Witness _____ Deft. Witness _____
Pltf. Witness _____ Deft. Witness _____

Pltf. Exhibits: _____ Deft. Exhibits: _____
Pltf. Exhibits: _____ Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced **1:30** a.m./~~p.m.~~ Concluded **4:05** a.m./~~p.m.~~